# IN THE SUPREME COURT OF TEXAS

## Misc. Docket No. 20-9014

### DENIAL OF REQUEST TO
### RETRANSFER CASE FROM THE
### SEVENTH COURT OF APPEALS

The Supreme Court denies the request to retransfer the following case from the Seventh Court of Appeals District, Amarillo, Texas:

Case No. 07-20-00027-CV
*J. Michael Ferguson, PC., et al. v. Ian Ghrist, Ghrist Law Firm, PLLC*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 4th day of February, 2020.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS